**Dismissed and Opinion Filed July 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00381-CV

**DAVID A. BECK, CHANCE BECK, MIMBI COHEN (BECK) AND COHEN & BEAR, INC., Appellants**
**V.**
**CGS HOLDINGS, LP, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-05242-E**

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Schenck
Opinion by Justice Bridges

The filing fee in this case is past due. By postcard dated March 25, 2015, we notified appellants the $195 filing fee was due. We directed appellants to remit the filing fee within ten days and expressly cautioned appellants that failure to do so would result in dismissal of the appeal. Also by postcard dated March 25, 2015, we notified appellants the docketing statement had not been filed in this case. We directed appellants to file the docketing statement within ten days. We cautioned appellants that failure to do so might result in dismissal of this appeal. To date, appellant has not paid the filing fee, filed the docketing statement, responded to notifications regarding the reporter's record, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* Tex. R. App. P. 37.3(b); 42.3(b),(c).


150381F.P05                                     /David L. Bridges/
                                                DAVID L. BRIDGES
                                                JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DAVID A. BECK, CHANCE BECK, MIMBI COHEN (BECK) AND COHEN & BEAR, INC., Appellants

No. 05-15-00381-CV          V.

CGS HOLDINGS, LP, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-11-05242-E.
Opinion delivered by Justice Bridges.
Justices Lang and Schenck participating.

        In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

        It is **ORDERED** that appellee CGS HOLDINGS, LP recover its costs of this appeal from appellants DAVID A. BECK, CHANCE BECK, MIMBI COHEN (BECK) AND COHEN & BEAR, INC.


Judgment entered July 30, 2015.